1 PHILLIP A. TALBERT
Acting United States Attorney
2 JEFFREY SPIVAK
Assistant United States Attorneys
3 2500 Tulare Street, Suite 4401
Fresno, CA  93721
4 Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

**FILED**
Jul 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>GERMAN ANTONIO LOPEZ-VELASQUEZ, MARKO ANTONIO LOPEZ, AND LISA MARIE SANTOS<br><br>            Defendants. | CASE NO.  1:22-cr-00208 JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 25, 2021 charging the above defendants with violations of 18 U.S.C. § 1349 – Conspiracy to Commit Bank Fraud [Count 1]; 18 U.S.C. § 1344 – Bank Fraud [Counts 2 through 9]; 18 U.S.C. § 1344 – Attempted Bank Fraud [Count 10]; 18 U.S.C. § 1512(b)(3) – Witness Tampering [Count 11]; 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendants are in custody or has been given bail, that no

person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Dated: July 28, 2022                    Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                      By    /s/ JEFFREY SPIVAK
                                                JEFFREY SPIVAK
                                                Assistant U.S. Attorney

      IT IS SO ORDERED.

Dated:  July 28, 2022                    _____
                                                BARBARA A. MCAULIFFE
                                                U.S. Magistrate Judge