PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00208 JLT-SKO |
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT |
| GERMAN ANTONIO LOPEZ-VELASQUEZ, MARKO ANTONIO LOPEZ, LISA MARIE SANTOS, | |
| Defendants. | |

The United States of America hereby applies to this Court for an order unsealing the indictment in this case previously sealed by the Court on July 28, 2022.  The indictment no longer needs to remain sealed.

Accordingly, the United States requests that the indictment be unsealed and made public record.

DATED: August 16, 2022          PHILLIP A. TALBERT
                                United States Attorney


                         By: /s/Jeffrey A. Spivak
                             JEFFREY A. SPIVAK
                             Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GERMAN ANTONIO LOPEZ-VELASQUEZ, MARKO ANTONIO LOPEZ, LISA MARIE SANTOS,<br><br>　　　　　Defendants. | CASE NO.  1:22-CR-00208 JLT-SKO<br><br>ORDER TO UNSEAL INDICTMENT |

　　　The indictment in this case having been sealed by order of this Court on July 28, 2022 and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

　　　IT IS HEREBY ORDERED that the indictment be unsealed and made public record.


DATED: August 16, 2022　　　　BY_____*Sheila K. Oberto*_____
　　　　　　　　　　　　　　　　　SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　United States Magistrate Judge

1