PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERMAN ANTONIO LOPEZ-VELASQUEZ, AND MARKO ANTONIO LOPEZ, and LISA MARIE SANTOS,<br><br>Defendants. | CASE NO. 1:22-CR-00208 JLT-SKO<br><br>STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT<br><br>COURT: Hon. Jennifer L. Thurston |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to dates of birth, telephone numbers, residential addresses, social security numbers and other confidential information ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

///
///
///
///
///

[PROPOSED] PROTECTIVE ORDER

1

THEREFORE, Defendants GERMAN ANTONIO LOPEZ-VELASQUEZ and MARKO ANTONIO LOPEZ, by and through their counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Jeffrey A. Spivak, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff.  Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///
///
///
///

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: August 25, 2022                     PHILLIP A. TALBERT
                                           United States Attorney


                                           By: /s/Jeffrey A. Spivak
                                               JEFFREY A. SPIVAK
                                               Assistant United States Attorney


Dated: August 25, 2022                     By: /s/ Ryan Roth
                                               RYAN ROTH
                                               Attorney for Defendant
                                               GERMAN ANTONIO LOPEZ-VELASQUEZ


Dated: August 30, 2022                     By: /s/ W. Scott Quinlan
                                               W. SCOTT QUINLAN
                                               Attorney for Defendant
                                               MARKO ANTONIO LOPEZ


Dated: August 25, 2022                     By: /s/ Edward Robinson
                                               EDWARD ROBINSON
                                               Attorney for Defendant
                                               LISA MARIE SANTOS


**IT IS SO ORDERED.**


Dated: 8/31/2022                           *Sheila K. Oberto*
                                           THE HONORABLE SHEILA K. OBERTO
                                           UNITED STATES MAGISTRATE JUDGE

[PROPOSED] PROTECTIVE ORDER                3