**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 1:22CR00208-003 |
| ) | |
| Lisa Marie Santos ) | |
| ) | |

On September 30, 2024, the above-named was sentenced to Supervised Release for a period of two years. Supervision commenced on September 30, 2024.

Ms. Santos has complied with the rules and regulations of Supervised Release and the AUSA agrees that she is no longer in need of supervision. It is accordingly recommended that Ms. Santos be discharged from supervision.

| Respectfully submitted, | Reviewed by, |
|---|---|
| *Marissa Frazure* | *Dnl Aln* |
| **Marissa Frazure** | **Daniel Alejandro** |
| **United States Probation Officer Assistant** | **Supervising United States Probation Officer** |

**Dated:** December 2, 2025
Bakersfield, California
MF

**Re:     Lisa Marie Santos**
        **Docket Number:   0972 1:22CR00208-003**
        <u>**Report and Order Terminating Supervised Release**</u>
        <u>**Prior to Original Expiration Date**</u>

## ORDER OF COURT

Pursuant to the above report, it is ordered that Lisa Marie Santos be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:    **December 11, 2025**

_(signature: Jennifer L. Thurston)_
UNITED STATES DISTRICT JUDGE

Attachment:    Recommendation

CC:     AUSA (NAME)—Jeffrey A. Spivak - Fresno Forfeiture Unit
        FLU Unit—United States Attorney's Office
        Fiscal Clerk—Clerk's Office
        Supervisee—Lisa Marie Santos